far as appealed from unanimously affirmed, with costs to the respondents payable out of the fund. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

VINCENT J. KANE, Individually and as President of the Uniformed Firemen's Association, et al., Appellants, v. PATRICK WALSH, as Fire Commissioner and Chief of the Fire Department of the City of New York, Respondent.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

TRAVELERS INDEMNITY COMPANY, Plaintiff, v. GREAT EASTERN CONSTRUCTION Co., INC., et al., Appellants, and BERNARD FETERSON, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DOLLY HOWARD, Appellant, v. BETH ISRAEL HOSPITAL ASSOCIATION, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DE WITT W. STEINER, Respondent, v. PLEASANTVILLE CONSTRUCTORS, INC., Appellant.— Determination so far as appealed from unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [181 Misc. 798, affd. 182 Misc. 66.]

DE WITT W. STEINER, Respondent, v. PLEASANTVILLE CONSTRUCTORS, INC., Appellant.— Determination so far as appealed from unanimously affirmed, with costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CLAUS TAVERN, INC., Respondent, v. MORRIS ZAPASNER, Appellant.— Order unanimously affirmed, with $20 costs and disbursements, with leave to the defendant to answer within ten days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN BUTERA, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

LEAH SMILEY et al., Appellants, v. SURFACE TRANSPORTATION CORPORATION OF NEW YORK et al., Respondents.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of the Application of RACHEL SCHOLTZ, Appellant, against CENTRAL HANOVER BANK AND TRUST COMPANY, as Trustee, Respondent.— Orders affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., dissents.

JOHN SELONKE, as Administrator of the Estate of ANNA E. VANDERHOEF, Deceased, and as Administrator of the Estate of MARGARET SELONKE, Deceased, Respondent, v. CLINTON TRUST COMPANY, Appellant.— Order affirmed, with $20 costs and disbursements, with leave to the defendant to answer the amended complaint within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

RUDOLPH WURLITZER Co., Respondent-Appellant, v. RETURN LOADS BUREAU, INC., Appellant-Respondent.— Judgment and order unanimously affirmed, with costs to the plaintiff. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [186 Misc. 346.] [See post, p. 767.]